IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NEFTALI VELAZQUEZ PUJOLS, et al.    *
                                    *
Plaintiffs                          *    Civil No. 98-1776(SEC)
                                    *
v.                                  *
                                    *
AMERICAN HONDA MOTOR CO., et al.    *
                                    *
Defendant                           *
**************************************

## JUDGMENT

Pursuant to the parties' stipulation (**Docket # 27**), and in accordance with Fed. R. Civ. P. 41(a)(1)(ii), the above-captioned action is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 15TH day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)